# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00441-CV

### Garrett Bolks and All-Med Industries, Ltd., Appellants

### v.

### Med-Towel Enterprises, Ltd., Appellee

---

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT
NO. D-1-GN-07-000421, HONORABLE SUZANNE COVINGTON, JUDGE PRESIDING**

---

## M E M O R A N D U M   O P I N I O N

Appellants Garrett Bolks and All-Med Industries, Ltd. and appellee Med-Towel

Enterprises, Ltd. have filed a joint motion to dismiss their appeal. We grant the motion and dismiss

the appeal. Tex. R. App. P. 42.1(a)(2).

_____

David Puryear, Justice

Before Justices Patterson, Puryear and Henson

Dismissed on Joint Motion

Filed:   October 30, 2009